PETER CIANCIMINO, Respondent, *v.* DOMINICK BONACCI, Appellant, Impleaded with Another.

*Ciancimino* v. *Bonacci*, 145 App. Div. 937, affirmed.
(Argued January 16, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action for fraud and deceit.

*Martin T. Manton* and *William H. Griffin* for appellant.

*Martin S. Lynch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.